**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

IN RE: MISCELLANEOUS ORDERS : No. 417 MAL 2023
:
:
PETITION OF: ANTONELLO BOLDRINI : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal and the "Application for Leave to File Evidences Package" are **DENIED**.